UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:01-cr-00066-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **DAX GLANZROCK,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on defendant's Motion to Cancel Secured Deed of Trust. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Cancel Secured Deed of Trust (#519) is **GRANTED**, and the Deed of Trust found in this Court's files and appearing in the records of this Court dated June 1, 2001, in the amount of $100,000 in favor of the United States District Court, Central District of California, and executed by Niles G. Rodgers, is **CANCELLED**.

Signed: May 10, 2017

*[Signature]*

Max O. Cogburn Jr.
United States District Judge